SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 913841**
Assistant United States Attorney
greg.r.nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

<br>

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00269-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **LIAM HARRY. HOUPIS** | |
| **Defendant.** | |

**Introduction**

A sentence of 12 month's probation is sufficient under the circumstances and is supported by considerations outlined in 18 U.S.C. § 3553(a).

**Factual Background**

**A.    The Offense Conduct**

On the night of June 19, 2025, Federal Officers inside the Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 S Macadam Avenue in Portland, Oregon, noticed power tools being used on the protective plywood doors that cover the

**Government's Sentencing Memorandum** **Page 1**

entrances/ exits to the facility. Upon reviewing the video feed of the exits, the officers saw an individual, later identified as the defendant, using a drill to affix metal brackets onto the doors with screws. It appeared that the defendant was trying to prevent federal officers from utilizing the exits to the facility. Federal Officers had to physically remove screws and brackets using breaching equipment to get the exits to be functional again.

The defendant was detained and subsequently identified as Liam Harry Houpis. Houpis made a statement in which he admitted that he was screwing the doors shut to keep Federal Officers from being able to use them.

### B.    The Charges

Defendant was charged in an information alleging Creating a Hazard on Federal Property in violation of Title 41, Code of Federal Regulations, Section 102.74.380(b) and (d).

### C.    The Plea Agreement

Defendant's plea of guilty was pursuant to a plea agreement made under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure.  Defendant may not withdraw any guilty plea or rescind this plea agreement if the Court does not follow the agreements or recommendations of the parties.

### Recommendation

The parties have agreed to jointly recommend a sentence of 12 months' probation and a $5 special assessment. During the term of probation, the parties agree that defendant is prohibited from entering the area surrounding the Immigration and Customs Enforcement Building in Portland Oregon. Defendant is specifically prohibited from entering the area bounded by South Gaines Street to the North; South Boundary Street to the South; Southwest Terwilliger to the West; and the Willamette River to the East. Defendant may use I-5 to transit

**Government's Sentencing Memorandum**                                                    **Page 2**

the exclusion area so long as defendant does not depart the freeway or stop within the exclusion area.

**Conclusion**

Based on the foregoing, the government urges the Court to impose the jointly recommended sentence of probation with adherence to the exclusion zone surrounding the ICE facility.

Dated: November 10, 2025                               Respectfully submitted,

                                                       SCOTT E. BRADFORD
                                                       United States Attorney


                                                       /s/ Gregory R. Nyhus
                                                       _____
                                                       GREGORY R. NYHUS, OSB # 91384
                                                       Assistant United States Attorney

**Government's Sentencing Memorandum**                                          **Page 3**